FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 SEP 23 PM 2:53 CLERK SO. DIST. OF GA.

| | |
|---|---|
| PAMELA CROWE, Individually and as Representative of the Estate of TIFFANY D. CROWE, Deceased, and JOHN CROWE,<br><br>   Plaintiffs,<br><br>v.<br><br>DODGE COUNTY HOSPITAL AUTHORITY d/b/a DODGE COUNTY HOSPITAL and PANKAJKUMAR PARIKH, M.D., | CV 318-089 |

# O R D E R

In the captioned matter, the parties have filed a "Joint Motion to Stay Proceedings" so that they may mediate the case. The motion to stay (doc. no. 20) is **GRANTED**. All deadlines in the case are hereby **STAYED** until further Order of the Court. The parties are instructed to file a joint status report no later than December 31, 2019.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE