IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

PAMELA CROWE, Individually
and as Representative of the
Estate of Tiffany D. Crowe,
Deceased; and
JOHN CROWE,

    Plaintiffs,

    v.    CV 318-089

DODGE COUNTY HOSPITAL AUTHOIRTY
d/b/a DODGE COUNTY HOSPITAL;
and PANKAJKUMAR PARIKH, M.D.,

    Defendants.

O R D E R

Before the Court is the Parties' stipulation of dismissal without prejudice. (Doc. No. 30.) Plaintiffs and Defendants consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE